Therese M. Macri, Appellant, v. Martin Mayer, Defendant, and Pocket Books, Inc., Respondent.— Order, entered on April 29, 1960, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ. [22 Misc 2d 429.]

Sophie Del Guidice et al., Appellants, v. Marian Jesuele, Respondent, et al., Defendant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

Lebenthal & Co., Inc., Appellant, v. Third Manhattan Corp., Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

The People of the State of New York, Respondent, v. Salvatore Oddo, Appellant.— Order, entered on December 6, 1960, unanimously affirmed. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

The People of the State of New York, Respondent, v. Ralph Staiger, Appellant.— Order, entered on October 31, 1958, unanimously affirmed. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

Susan L. Rosenstiel v. Lewis S. Rosenstiel.— Motion for resettlement denied. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

The People of the State of New York v. Guy Woodruff.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

James J. Leibman v. Automatic Cafeterias for Industry, Inc., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

Beatrix M. Petschauer v. Freidrich Petschauer.— Motion to dismiss appeal and vacate stay granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before May 1, 1962, with notice of argument for the June 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

The People of the State of New York ex rel. Hyman Post v. Charles Samuels.— Motion to amend order of this court granted to the extent of permitting the petitioner to take his infant son to his home on alternate weekends, commencing at 3:00 P.M. on Friday and ending at 7:00 P.M. on Sunday; the petitioner to call for and deliver the infant to respondent's home. The order of this court entered on the 13th day of March, 1962, is modified accordingly. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

Muriel Karasik v. Jack Mintzer.— Motion for a stay dismissed for lack of jurisdiction. ·Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.